# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JACK STEIN,**
Appellant,

v.

**JEFFREY GREEN, MYLES SCHACK,
DOLORES CASTILONIA, JOHN CHARLES,
RIVERWALK OF THE PALM BEACHES HOWEOWNERS ASSOCIATION
INC., DAVID STEINFELD, ASHLEY LANDRUM,
BARGAIN BOB'S CARPETS INC., and DPL CONSULTANTS, INC.,**
Appellees.

No. 4D21-899

[December 2, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Gillman, Judge; L.T. Case No. 502020CA007787XXXXMB.

Jack Stein, West Palm Beach, pro se.

David Steinfeld of Law Offices of David Steinfeld, Palm Beach Gardens, for appellee David Steinfeld.

Ashley N. Landrum of Vernis & Bowling, P.A., North Palm Beach, for appellee Ashley N. Landrum.

Selina Patel and Michael A. Rosenberg of Cole, Scott & Kissane, P.A., Fort Lauderdale, for appellees Riverwalk of the Palm Beaches Homeowners Association, Inc., Myles Schack, Dolores Castilonia, Jeffrey Green and John Charles.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*